```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MELISSA RODRIGUEZ,                                          :
                                                            :
                              Plaintiff,                    :
                                                            :        20-CV-3687 (VSB)
              -against-                                     :
                                                            :             ORDER
COMMISSIONER OF THE SOCIAL                                  :
SECURITY ADMINISTRATION,                                    :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      On August 19, 2021, Magistrate Judge Robert W. Lehrburger issued a thorough, 50-page Report and Recommendation (Doc. 30 ("R&R" or "Report")), which "recommends that [Plaintiff Melissa] Rodriguez's motion" to remand this Social Security action to the agency for further proceedings "should be GRANTED," and that "the Commissioner's motion" for judgment on the pleadings "should be DENIED." (R&R 49.)  The R&R notified the parties that they had fourteen days to file written objections, and that "[f]ailure to file timely objections will result in a waiver of objections and will preclude appellate review." (*Id.*)  No parties filed objections or requested additional time to file objections.

      "When no objections to a Report and Recommendation are timely made, the 'district court need only satisfy itself that there is no clear error on the face of the record.'" *McKinley v. New York*, 17 Civ. 214 (LAP) (BCM), 2021 WL 1226947, at *1 (S.D.N.Y. Mar. 31, 2021) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609–10 (S.D.N.Y. 2001)); *accord Negron v. Saul*, No. 19-CV-07547 (KMK), 2021 WL 1254426, at *1 (S.D.N.Y. Apr. 5, 2021).

      I have reviewed the record and the R&R for clear error and have found none. Accordingly, I hereby ADOPT the R&R in its entirety as the opinion of the Court, and I hereby ORDER that Rodriguez's motion is GRANTED and that the Commissioner's motion is DENIED.  This case is REMANDED.

      The Clerk of Court is respectfully directed to close the open motions at docket numbers 23 and 27 and to terminate this action.

SO ORDERED.

Dated: March 24, 2022
      New York, New York

*Vernon Broderick* (signature)

Vernon S. Broderick
United States District Judge